UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUSAN V. TIPOGRAPH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.   13-00239 (CRC) |
| v. | ) | |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING**

The Defendant, by and through undersigned counsel, herein refiles the Second Declaration of David M. Hardy, which is an exhibit to Defendant's Reply in Support of Motion for Summary Judgment and Opposition to Plaintiff's Partial Cross Motion (ECF Nos. 34-35).  Due to a transmission error, the Second Declaration of David M. Hardy originally did not appear on the docket in a readable format.   To correct this transmission error and as recommended by the Clerk of the Court, the Defendant reprinted the declaration and scanned it prior to filing the declaration as an attachment to this notice.

December 19, 2014                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　RONALD C. MACHEN JR., D.C. BAR #447889
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　DANIEL F. VAN HORN, D.C. Bar # 924092
　　　　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　　　　　　　　　  /s/
　　　　　　　　　　　　　　　　　　ANDREA McBARNETTE, D.C. Bar # 483789
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 252-2539
　　　　　　　　　　　　　　　　　　 Andrea.McBarnette@usdoj.gov